# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------x
TODD HOWELL,           :
                      :
    Plaintiff        :
                      :
  -versus-           :CIVIL ACTION NO.
                      :3:22-CV-1160(JCH)
YALE UNIVERSITY,      :
                      :
    Defendant        :
--------------------------x

Deposition of CARLOS ARROYO, taken pursuant to
Rule 30 of the Federal Rules of Civil Procedure,
held at the law offices of CLENDENEN & SHEA, LLC,
555 Long Wharf Drive, 1st Floor, New Haven,
Connecticut, before Julia Flynn Cashman, RPR, LSR
250 and Notary Public in and for the State of
Connecticut, on Wednesday, September 11, 2024, at
9:30 a.m.

Page 2

1  APPEARANCES:
2
3     ATTORNEY FOR PLAINTIFF:
4     JOSEPHINE S. MILLER, ESQUIRE
      130 Deer Hill Avenue, Unit 13
5     Danbury, Connecticut 06810
      Jsmillerlaw@gmail.com
6
7
8     ATTORNEY FOR DEFENDANT:
9     CLENDENEN & SHEA, LLC
      555 Long Wharf Drive
10    New Haven, Connecticut 06511
      BY: KEVIN C. SHEA, ESQUIRE
11        Ksc@clenlaw.com
          JORDAN J. KOWALSKI, ESQUIRE
12        Jjk@clenlaw.com
13
14
15    ALSO PRESENT: Todd Howell
16
17
18
19
20
21
22
23
24
25

Page 3

1              STIPULATIONS
2
3       IT IS HEREBY STIPULATED AND AGREED by and between
4    counsel for the respective parties hereto that all
5    technicalities as to proof of the official
6    character before whom the deposition is to be
7    taken are waived.
8       IT IS FURTHER STIPULATED AND AGREED by and between
9    counsel for the respective parties hereto that the
10   reading and signing of the deposition by the
11   deponent are not waived.
12      IT IS FURTHER STIPULATED AND AGREED by and between
13   counsel for the respective parties hereto that all
14   objections, except as to form, are reserved to the
15   time of trial.
16
17              * * * * *
18
19
20
21
22
23
24
25

Page 4

1    CARLOS ARROYO,
2    102 Eaton Street, Bridgeport, Connecticut 06604,
3    having been first duly sworn by Julia Flynn
4    Cashman, a Notary Public in and for the State of
5    Connecticut, testified on his oath as follows:
6    DIRECT EXAMINATION
7    BY MR. SHEA:
8       Q. Good morning, Mr. Arroyo. I'll reintroduce
9    myself again on the record. My name is Kevin
10   Shea. I represent Yale University in a lawsuit
11   that has been brought against it by Todd Howell.
12      Do you understand that you are here today
13   for your deposition in connection with that
14   lawsuit?
15      A. Yes.
16      Q. Okay. Have you ever been deposed before,
17   sir?
18      A. Never.
19      Q. Okay. I just want to go over some of the
20   ground rules for the deposition, just to make it
21   go easier today and hopefully faster. As you can
22   see, we have a court reporter here. Her job is to
23   take down a transcript of everything that's said
24   today. And the goal is to have it read question,
25   answer, question, answer. So because of that,

Page 9

1   A. On and off, I would say five, six years.
2   Q. Are you friends?
3   A. Yes.
4   Q. Okay. Did Mr. Howell employ you?
5   A. Yes, he did.
6   Q. Does he still employ you?
7   A. At the moment, there's no work. So I mean
8   like I said, I work at Colonial Toyota. I'm a car
9   salesman there.
10   Q. Okay. In what capacity did Mr. Howell
11   employ you?
12   A. For which position, for the Yale position?
13   Q. For any positions.
14   A. I have always been a foreman for him, taking
15   care of all the guys, making sure that everyone
16   was doing their job properly.
17   Q. Did Mr. Howell or anybody tell you what his
18   claims in this lawsuit are?
19   A. No.
20   Q. Have you reviewed his Complaint in this
21   lawsuit?
22   A. No, I haven't.
23        (DEFENDANT'S EXHIBIT 1 FOR
24         IDENTIFICATION Received and Marked.)
25   Q. Okay. Mr. Arroyo, I'm going to show you now

Page 10

1   a document that we have marked as Defendant's
2   Exhibit 1 for identification. And I'm going to
3   ask you to take a look at the Schedule A and the
4   request for documents that follows that. Did you
5   see this document before?
6   A. Never.
7   Q. You have never seen this document?
8   A. No.
9   Q. You've not seen the subpoena for your
10   attendance here today?
11   A. No, I was just simply called over and said
12   if I can make it. And like I said, the last time,
13   I was not able to make it, so I told them they
14   could change the scheduling time.
15   Q. Okay. I want to ask you to review, please,
16   since you say you have never seen it, the request
17   for documents to be produced that begins on page 4
18   of Exhibit 1 and continues through the end of page
19   5. And let me know when you've done that.
20   A. Okay.
21   Q. Also the end, through the end of page 5.
22   A. End of page 5. Okay.
23   Q. While you were reviewing the document, Mr.
24   Howell's attorney, Josephine Miller, showed me an
25   email on her phone that indicates that she did

Page 11

1   email to you a copy of this document that we have
2   marked as Exhibit 1 for identification. Did you
3   not receive that email?
4   A. I --
5       MS. MILLER: Counsel, not me, it was --
6   Q. I'm sorry, --
7   A. I don't think I have seen that.
8   Q. -- Mr. Howell e-mailed you the document.
9   A. Yeah, I don't -- my phone, I didn't even --
10   Q. So you did not review this document before?
11   A. No.
12   Q. Now that you've reviewed this request for
13   documents, do you have in your possession, custody
14   or control any documents that are responsive to
15   those requests?
16   A. No.
17   Q. Have you ever had any such documents?
18   A. Not that I remembering on, because I
19   don't -- this is the first time I have seen this.
20   Q. Did Mr. Howell ever ask you if you had any
21   documents in connection with this case?
22   A. No, that I remember.
23   Q. What did Mr. Howell tell you about the
24   claims in this lawsuit when he told you about this
25   lawsuit?

Page 12

1   A. The only thing he spoke to me about was what
2   occurred on the Yale campus concerning Joe and
3   what he was intentionally proceeding to do about
4   this, you know, racial and ethnic claim and
5   concerning, you know, what Joe spoke on. And he
6   said that would I be willing to do a deposition,
7   if I were to come. And I said yes.
8   Q. What did he tell you about what Joe Signore
9   said?
10   A. Well, I was also nearby when the -- what Joe
11   spoke about minorities. And I kind of felt
12   uncomfortable because I myself am Hispanic. So,
13   you know, I'm not a racist or anything. I don't
14   know if he meant to say it racist-ly wise, but it
15   was definitely not appropriate, what he said,
16   about not hiring or wanting to be associated with
17   minorities due to him having bad experiences with
18   minorities. He was saying that he brought Todd on
19   when he was with -- I forgot the other party that
20   was involved that, you know, which were business
21   partners with Todd. And when that was said, you
22   know, I went to Todd and Todd was a little, you
23   know -- he kept his cool, but he was -- I could
24   tell he was definitely opposed and very furious
25   about, you know, what he was saying about that.

Page 13

1  And, you know, I kind of kept quiet. And I know
2  that Joe specifically said that he had some
3  misunderstandings with Todd in the past and that's
4  one of the reasons that he did not feel
5  comfortable hiring minorities.
6      Q. How many times did you hear Mr. Signore make
7  these comments?
8      A. Just that once.
9      Q. Okay. So there was one time. I want you to
10 explain to me who was present, where it was, and
11 what was said.
12     A. I know we were sitting in the -- one of the
13 rooms, and --
14     Q. One of the rooms where, sir?
15     A. At Yale. It's a -- conference rooms, I
16 think it was a conference room, but it was one of
17 the offices that they have on the campus for -- I
18 guess for the Maintenance Department.
19     Q. Okay. And was this the first time you had
20 ever met Mr. Signore?
21     A. Yes.
22     Q. Who else was present at that meeting?
23     A. It was me, Todd, Joe, as I know him, and the
24 other two people that were his business partners.
25     Q. Is that Charles Fetters?

Page 14

1      A. Yes.
2      Q. And Andrea Wolfe?
3      A. Yes, yes.
4      Q. So the very first time you ever met Joe
5  Signore was at a meeting at which you, Mr.
6  Signore, Todd Howell, Andrea Wolfe and Charles
7  Fetters were present, correct?
8      A. Correct.
9      Q. Was there anybody else present at that
10 meeting?
11     A. Not that I recall.
12     Q. Was there anybody else present from Yale at
13 that meeting?
14     A. Not that I recall.
15     Q. And what was the purpose of the meeting?
16     A. I guess to discuss the snow removal for Yale
17 campus and their business, you know, what the
18 responsibilities would be, and who I was, as far
19 as my position for being the foreman. And they
20 were explaining the rules, you know, where to go
21 and, you know, what not to go.
22     Q. Who's "they"?
23     A. Joe.
24     Q. Okay. So it was only --
25     A. Yeah, he was speaking to, you know, like

Page 15

1  explaining to them, you know, what -- what the,
2  you know, campus ground rules were and stuff like
3  that.
4      Q. And so Mr. Signore was the only
5  representative from Yale there, is that correct?
6      A. That I can remember, yes.
7      Q. Okay. And the only other attendees at that
8  meeting were you, Mr. Howell, Charles Fetters, and
9  Andrea Wolfe, correct?
10     A. Yes.
11     Q. And did the meeting stay in the same room
12 the entire time?
13     A. I believe so, yeah.
14     Q. Okay. And how did the meeting start?
15     A. Everybody introduced themselves. Todd -- I
16 mean, yeah, Todd and Mr. Charles and -- I forgot
17 the lady's name again.
18     Q. Ms. Wolfe.
19     A. Ms. Wolfe, were speaking. And Todd
20 introduced me as the foreman. And Joe introduced
21 himself to me, you know, like greeting, hello, you
22 know. And they spoke about, you know, the
23 business, you know, part of the -- the snow
24 removal. And what equipment we would have, you
25 know, and we do, you know. We did have a van for

Page 16

1  the employees to have their time out in so they
2  wouldn't disturb the students on the ground, while
3  the other crew kept, you know, working.
4      Q. Whose van was that?
5      A. It belonged to Charles, I believe.
6      Q. Yes, Mr. Fetters?
7      A. Yes.
8      Q. Okay. The name of their company was AGCT.
9  Do you remember that?
10     A. Yes.
11     Q. And were you an employee of the company
12 known as NESAIM, N-E-S-A-I-M?
13     A. I'm trying to remember. I believe I was,
14 you know, that they had the name like that.
15     Q. How did you get paid?
16     A. On that, I was paid cash.
17     Q. Paid cash by whom?
18     A. By Mr. Todd.
19     Q. By Mr. Howell?
20     A. I believe, yeah, I think it was between him
21 and Mr. Charles, you know, however they did their
22 payroll.
23     Q. Were you paid under the table?
24     A. Yes.
25     Q. Okay. So you didn't declare any taxes on

Page 25

1  Q. Any lawsuits, prior lawsuits or claims that
2  were made in connection with the mulch delivery?
3     A. No.
4     Q. You never heard anything about that?
5     A. Not at all.
6     Q. Okay. Did Mr. Signore mention anything
7  about his prior history with Mr. Howell at that
8  group meeting that preceded your walk around with
9  Mr. Signore, that was attended by Mr. Howell, Ms.
10 Wolfe, and Mr. Fetters?
11    A. Not that I recall.
12    Q. Okay. So at what point in that meeting did
13 Mr. Signore make mention of these racial things
14 that you suggested earlier; how did they come up?
15    A. I know that when we were sitting in the --
16 in the conference room, you know, when they were
17 talking, he -- I know he mentioned that he wasn't
18 comfortable with Todd, and that the only reason
19 that he -- he proceeded to let, you know, the AGCT
20 enter was because Charles was in charge at the
21 time. And he agreed to let -- you know, let Todd
22 be a part of overseeing the, you know, the crew
23 that was working on the grounds. But he -- he was
24 definitely, you know, like not comfortable, you
25 know. Like at the table, I don't know if that was

Page 26

1  just his demeanor or how he is. You know, I
2  didn't know Joe. But he definitely said he does
3  not really particularly hire minorities because he
4  had bad experiences in the past. I don't know if
5  it was towards Todd or towards others.
6     Q. Did he mention any other contractors or
7  people?
8     A. Not that I recall.
9     Q. Okay. But he specifically said that he was
10 not comfortable working with minority contractors?
11    A. Yes.
12    Q. In those words?
13    A. Yes.
14    Q. Okay.
15    A. That's when, you know, like I said, towards
16 the end, when I, talking to Todd, you know, I knew
17 he was kind of like appalled, you know, because I
18 felt uncomfortable, you know, because I know, you
19 know, what "minority" means. But like I said, I
20 am Hispanic, so I am a minority myself. And I
21 thought that I don't know if maybe he -- if he
22 knew what he actually said, or it just came out of
23 his mouth and he didn't realize it. But I didn't
24 feel comfortable. And I know Todd definitely
25 wasn't feeling comfortable. He needed -- he

Page 27

1  actually told me "Just give me a few minutes, I
2  got to make a phone call." He wasn't feeling
3  comfortable. And being with Todd, I've known him,
4  so I know, you know, I pick up on his reactions,
5  so I know if he's upset, just let him, you know,
6  give him some time and he'll talk to me. But he
7  did not mention anything, but then he did. As we
8  were talking, he said "Do you believe this guy,
9  what he said?" I'm like "Yeah, you know, that's
10 why I wasn't feeling comfortable." And I actually
11 told Todd, "I don't know if I'm going to stay
12 working at this campus." And I actually wasn't
13 feeling comfortable because I'm like, I don't
14 know, you know, if this is like, you know, for
15 him, was he racist, or was he just -- just made a
16 mistake and just said that without realizing it.
17 So, you know, I talked to Todd about it and I was
18 like -- I told him "I don't know if I'm going to
19 stay working, you know, with this position here."
20    Q. When Mr. Signore made those comments, were
21 Ms. Wolfe and Mr. Fetters also at the table?
22    A. I believe they were, yeah.
23    Q. Okay. So it was around a group table, where
24 you were all sitting?
25    A. Yeah, like I said, it was a small room.

Page 28

1     Q. Small table?
2     A. Yeah.
3     Q. So they should have been able to hear
4  everything he said, too, right?
5     A. They should, yeah.
6     Q. Would it surprise you to hear that when they
7  testified under oath a couple weeks ago, they both
8  denied ever hearing any of those comment?
9     A. That's strange. I mean, basically, I was --
10 this table was a round, he was there, Charles,
11 with Todd, and I was on the -- yeah, Charles, his
12 lady -- I forget, I keep forgetting.
13    Q. Andrea.
14    A. Andrea was there, Todd, and me. So we were
15 there and Joe was basically on your side. So I
16 don't know how they couldn't pick up on it.
17    Q. They should have been able to hear it,
18 right?
19    A. Yeah.
20    Q. How many times did Mr. Signore make a
21 reference to difficulties with minority
22 contractors in that meeting?
23    A. I believe just that once.
24    Q. Okay.
25    A. I guess, I don't know if he was making a --

7 (Pages 25 to 28)

Page 29

1  speaking directly to Charles, you know, that he's
2  letting Todd on only because he knows that Charles
3  was in charge and Todd was just overseeing the
4  workforce that's there, and that's --
5      Q. You did work on that campus, correct?
6      A. Yes, I did. I was like -- I said I was the
7  foreman and -- hired by Charles -- by Todd here to
8  oversee that make sure that since there was
9  different groups, make sure that every group was
10 doing what needed to be done as far as cleaning
11 the path and salting the areas according to the
12 rules that Joe placed, that needed to be done for
13 the -- you know, to be working successfully.
14     Q. And did you ever encounter any other crews
15 who were performing snow removal services in other
16 areas of the campus?
17     A. I believe we were the only crew on that
18 campus.
19     Q. You think you were the only crew on the
20 campus?
21     A. On our section.
22     Q. In your section?
23     A. I know it's a big section. That would be
24 where the theater part is; I think there's a
25 theater there.

Page 30

1      Q. We'll get to the area where you were
2  working. My question is did you ever become aware
3  of any of the other contractors performing snow
4  removal services?
5      A. I believe there was others across the street
6  that we didn't go into that area. But I know
7  there was other people. I don't know if they were
8  from Yale exactly, or...
9      Q. Did you ever become aware of any other
10 contractors performing snow removal services who
11 were minorities?
12     A. Yes.
13     Q. How?
14     A. I know that -- I don't know they were
15 supervisor or what, but I know they were Hispanic
16 working on one of the crews.
17     Q. On one of the other crews?
18     A. Yeah, but I think they were Yale employees,
19 like I said.
20     Q. Did you ever observe any difficulties or
21 animosity that Mr. Signore had towards any other
22 minorities?
23     A. No. On the ground, once we got the job, I
24 only maybe saw Joe maybe two times, three times
25 out of the whole time.

Page 31

1      Q. And I just want to focus on zeroing in on
2  what you have described as racial-themed comments
3  that made you feel uncomfortable. Okay?
4      A. Yes.
5      Q. So am I correct to understand that you only
6  heard Mr. Signore make those comments one time in
7  that one meeting?
8      A. Yes.
9      Q. Okay. And what was the exact comment that
10 Mr. Signore made?
11     A. That he doesn't particularly like to hire
12 minorities, that he was uncomfortable with past
13 experiences.
14     Q. And did he say why?
15     A. No.
16     Q. And did he specifically say "minorities"?
17     A. Yes, he did.
18     Q. Did he say any other words that were racial
19 or racially identified, like Hispanic, or Black,
20 or anything else like that?
21     A. Not that I recall.
22     Q. So the only racially associated word you
23 heard Mr. Signore use in this conversation you're
24 describing was the word "minority," correct?
25     A. That I can recall. I mean, that, that threw

Page 32

1  me off a little bit, like I said.
2      Q. And you recall Mr. Signore saying, in
3  effect, that based on some past experience he had,
4  he did not feel comfortable working with
5  minorities?
6      A. Basically, in the word, he wasn't feeling
7  comfortable with minorities, but he said "I don't
8  really like, you know, Black people who work at,
9  you know, at my level."
10     Q. He said that?
11     A. He said "Black," yes.
12     Q. So, okay, just a minute ago, you said the
13 only racial word you heard him say was "minority."
14 And I asked you --
15     A. I use the word minority, I don't
16 particularly like to say Black, but I thought that
17 meant the same thing, you know.
18     Q. So, no, the words are very important here
19 today, sir.
20     A. Okay.
21     Q. And I want to know everything you remember
22 about these comments, okay? So your recollection
23 is that Mr. Signore said specifically he didn't
24 feel comfortable working with Black people?
25     A. Correct.

Page 33

    1       Q. Okay. Did he say "minority" or did he say
    2   "Black"?
    3       A. He said both, Black, minorities.
    4       Q. And was that the only time that it was said,
    5   or did it -- was it a recurring theme?
    6       A. That I, that I remember, just that one time
    7   that I was there, that's what, you know -- like I
    8   said, towards the end of the meeting, when Todd
    9   was outside and I knew he was kind of appalled,
   10   and that's when, like I said then, and he told me
   11   "Do you believe what he just said?" And I'm like
   12   "Yeah," you know, like I don't know if that was,
   13   you know, something that he didn't realize that he
   14   spoke on, or that was just how he was -- or I
   15   didn't -- at the moment, I didn't know if they
   16   were like good close friends and they knew each
   17   other, until, you know, like he said, you know,
   18   like I said, the time that I was working with the
   19   snow there, he had a bad experiences with Todd
   20   before. So then I'm thinking okay, you know, it
   21   didn't, you know, occur to me, like, okay, you
   22   know, so he did know, you know, Todd, maybe, you
   23   know, they knew each other from the past. So I
   24   wasn't like knowing if that was like a joke type
   25   of thing or not. But...

Page 34

    1       Q. To whom was Mr. Signore speaking when he
    2   made those comments?
    3       A. In the room?
    4       Q. Yes.
    5       A. I feel it was towards Todd, because he was
    6   the only Black person in the room besides me; I
    7   was Hispanic. And, you know, that's what threw me
    8   off a little bit. And like I said, at the end of
    9   meeting, when we talked, you know, and he, he was
   10   obviously upset. And I told him, you know, "I
   11   don't feel comfortable in this thing," you know,
   12   "I don't know if I'm going to stay working here if
   13   this is going to go on like that." Because, you
   14   know, I, for myself, felt uncomfortable, and I
   15   know he was definitely uncomfortable with that.
   16   But like I said, I didn't know how -- how good Joe
   17   knew him and they were just joking around or, you
   18   know, like buddy type thing. But to me, I don't
   19   care if it's friends or, you know, I didn't
   20   personally, you know, agree with that type of
   21   statement, you know, that I don't like Blacks or
   22   minorities at the same time, you know, working
   23   here. Like I said, then the day after, that he
   24   wasn't comfortable with Todd, you know, when we
   25   started the snow removal, he had some bad

Page 35

    1   experiences with him. And the only reason he
    2   brought him on at the meeting was because Charles
    3   was in charge of the company part and Todd was
    4   overseeing the work crew, which was me, and making
    5   sure that -- my job was making sure that everyone
    6   else was doing their job.
    7       Q. Did Mr. Howell say anything to Mr. Signore
    8   in response to that in the meeting?
    9       A. Not that I recall.
   10       Q. Did anybody?
   11       A. No. Everybody was quiet, just...
   12       Q. Do you recall any chest pounding by either
   13   Mr. Howell or Mr. Signore in that meeting, when
   14   they were describing their past situation with
   15   each other?
   16       A. Not that I recall. I know, like I said, Joe
   17   just was like, like I said, maybe his own
   18   demeanor, the way he is, but he was just like very
   19   precise, you know, like, you know, on what he
   20   spoke on.
   21       Q. Did Mr. Howell ask you to help him support
   22   his claims in this lawsuit?
   23       A. The only thing he asked me to do is if I can
   24   just give a deposition of what I heard at that
   25   meeting.

Page 36

    1       Q. And does he still employ you when he has
    2   work?
    3       A. If I -- if I'm not employed, yes, I'm sure
    4   he would definitely employ me.
    5       Q. And has he suggested to you that you would
    6   be rewarded in some way for helping him in this
    7   lawsuit?
    8       A. No.
    9       Q. Has he suggested that you would be punished
   10   in some way if you did not help him in his claims
   11   in this lawsuit?
   12       A. Not at all. Me and Todd have a good
   13   understanding. I respect him. I mean, you know,
   14   since the times that I needed work, he's always
   15   come through. And if he has some sort of project,
   16   either whether it's cleaning one of his trucks or
   17   something, and he knows that I was, you know, in
   18   need at the time, you know, for some work or some
   19   cash, he would find some work for me to do. And
   20   he would call me and say "Hey, would you be able
   21   to fix this truck," or "clean this truck out for
   22   me" or do some things, and I would say "Yes, not a
   23   problem."
   24       Q. He paid you cash for those jobs?
   25       A. Yeah. I know that we went -- like the bus

Page 53

```
 1      A. No.
 2      Q. It is the Complaint that Mr. Howell and
 3   NESAIM filed in court against Yale University.
 4   It's the lawsuit that we're here about today.  Are
 5   you familiar with the claims in this lawsuit?
 6      A. Just now, from what I have heard here.
 7      Q. Did Mr. Howell ever tell you what his claims
 8   in the lawsuit were about?
 9      A. That's, like I said, he only spoke about if
10   I can do the deposition.  That I guess he's going
11   after Yale, I guess about Joe being employed at
12   Yale, and the racist comments that occurred that
13   day at Yale.
14      Q. Okay.  Anything else that you understand the
15   lawsuit to be about?
16      A. No.
17      Q. Okay.  Paragraph 7, which begins at the
18   bottom of page 1 and continues on to page 2, I'd
19   like to ask you to take a look at that paragraph,
20   read it to yourself, and then let me know when
21   you've done that.
22      A. Okay.
23      Q. It's also continues onto the next page.
24         Are you reading paragraph 7?
25      A. Mm-hmm.
```

Page 54

```
 1      Q. Okay.  Do you see the equipment that's
 2   listed there in paragraph 7?
 3      A. Yes.
 4      Q. Okay.  Do you know who purchased that
 5   equipment?
 6      A. I don't know who did the purchasing on the
 7   equipment.  I know, like I said before, we --
 8   Todd, my employer, and Charles, they had all the
 9   equipment necessary, shovels, snowblowers, sanding
10   equipment, for that particular job at Yale to do
11   the snow removal.
12      Q. But you don't know who bought it?
13      A. No, I have -- I don't -- like I don't get
14   involved, business, who puts, where the money
15   comes from to do this.  But all the necessary
16   equipment was placed into the buses, the shovels,
17   everything.  At the end of the shift, make sure
18   that all their vests were accounted for at the end
19   of the shift.
20      Q. Have you ever been sued by anybody?
21      A. No.
22      Q. Have you ever sued anybody?
23      A. Is that relevant to this here?
24      Q. I don't answer questions.  I only ask
25   questions.  Have you sued anybody?
```

Page 55

```
 1      A. Yes, I have.
 2      Q. Who?
 3      A. My company, Atlas Outdoor Living.
 4      Q. Okay.
 5      A. It was an injury lawsuit.
 6      Q. It was a personal injury lawsuit?
 7      A. Yes.
 8      Q. Was it Workers' Compensation?
 9      A. Yes.
10      Q. Did you sue them in addition to the Workers'
11   Comp?
12      A. No.
13      Q. Okay.  Any other lawsuits?
14      A. No.
15      Q. Have you ever been married?
16      A. I actually celebrate my first year
17   anniversary on the 15th.
18      Q. Congratulations.
19      A. Thank you.
20      Q. And you have a child?
21      A. Not with my wife.  I do have a 34-year-old
22   daughter.
23      Q. Okay.  Any other children?
24      A. None.
25      Q. And have you ever been married any other
```

Page 56

```
 1   times?
 2      A. First time.
 3      Q. Okay.
 4      A. I don't know why I waited so long, but...
 5   she's just the right one.  She's a nurse, she's
 6   very -- we connect very well.
 7      Q. Congratulations.
 8      A. And she only wants the best for me.
 9         (DEFENDANT'S EXHIBIT 3 FOR
10          IDENTIFICATION Received and Marked.)
11      Q. Mr. Arroyo, I'm going to show you now a
12   document that we're marking as Defendant's Exhibit
13   3 for identification.  It's a copy of what has
14   been identified as the contract for the snow
15   removal services.  Have you ever seen this before?
16      A. No.  I, like I said, I didn't have any --
17   any business dealings as far as contracts or
18   anything.  I was just hired by Todd to oversee the
19   work crew, make sure everyone was doing what they
20   needed to do.  That's what he hired me to help him
21   do, as far as overseeing Yale.  I know he was with
22   Charles, and then like I said, Todd was my
23   supervisor to make sure that he needed to do
24   things that he needed to do and make sure that I
25   was doing what I needed to do at Yale.
```

Page 69

1  snow removal work. Did you ever hear any of those
2  comments?
3    A. Not that I recall.
4    Q. Did you ever hear Mr. Signore say that he
5  would stop Mr. Howell or NESAIM from getting any
6  other contracts with Yale?
7    A. Not that I remember.
8    Q. Did you ever hear Mr. Signore say anything
9  about stopping any minority contractors from
10 getting any work with Yale?
11   A. Not that I can recall.
12   Q. Do you know who Rodney Williams is?
13   A. Not familiar with the name.
14   Q. Have you ever heard of the contractor ACA?
15   A. No.
16   Q. Did you ever hear Mr. Signore say to anyone
17 that he had and would continue to keep Todd Howell
18 and his company from ever getting any contracts
19 with Yale?
20   A. No, as far as I can remember.
21   Q. The comment that Mr. Signore made at that
22 one meeting that you described, where he said
23 something to the effect of not being comfortable
24 with working with Black or minority contractors,
25 did you ever discuss that with Mr. Signore?

Page 70

1    A. No. I -- like I said, I felt uncomfortable
2  and when that happened, that's when, you know, I
3  came up to Todd and asked him, you know, you know,
4  "Are you okay." And he was fairly upset. And I
5  told him "Hey, you know, I felt uncomfortable,
6  too." And that's why I told him, "I don't know if
7  I'm going to stay," you know, "I don't know if
8  this is a friendship thing or" -- you know, like I
9  wasn't comfortable, you know, I didn't know
10 what -- what the purpose of that, you know
11 conversation came into. And I don't know if
12 that's because, like I said, after I found out
13 that he had some prior disagreements with Todd in
14 the past, so I don't know if that played a role in
15 it. Or because he had bad experiences with other
16 contractors before we got there.
17   Q. You don't know one way or the other?
18   A. Yeah.
19   Q. Did you ever discuss those comments with Mr.
20 Fetters or Ms. Wolfe?
21   A. No.
22   Q. Did you ever discuss them with anybody other
23 than Mr. Howell?
24   A. No.
25   Q. Did you ever bring them to the attention of

Page 71

1  anybody at Yale to say that you thought it was
2  inappropriate that those comments were made?
3    A. No.
4    Q. Why not?
5    A. I was just a part time -- like I said, I was
6  just an employee. I just left it at that, you
7  know. I was like okay, like I said, I don't know
8  if before, maybe that was something that just
9  slipped out of him and he didn't realize it, as
10 far as him speaking. But I didn't perceive
11 anything else, was just there to do my job because
12 it wasn't in my place to speak out or saying
13 anything. You know, I don't -- I needed the job
14 and I needed the money, so it wasn't -- you know,
15 I didn't feel it was my position to speak to any
16 higher authority. Like I said, I spoke to him and
17 I know, anything I speak to him, he would take
18 care of as far as, you know, making sure that if
19 anything was inappropriate. I don't know if he
20 went back to Joe and spoke and said, you know,
21 "You said that and, you know, Mr. Arroyo is a
22 minority, I don't know if he's feels uncomfortable
23 about the situation." But you know, this happened
24 so long, you know, quite a while ago, and it was
25 just like a quick thing. And I just --

Page 72

1    Q. You are sure, as you sit here today, that
2  when Mr. Signore made the statement about being
3  uncomfortable, he didn't just say that he was
4  uncomfortable with Mr. Howell; he specifically
5  said "I'm uncomfortable with Black and minority
6  contractors"?
7    A. Yes. That's what made me uncomfortable.
8  I'm not saying that he was racist or -- I mean,
9  you can think about what that word means. But in
10 my opinion, I was like, okay, that's what made me
11 feel uncomfortable.
12   Q. Other than at that moment, did you ever
13 observe any other animosity between Mr. Howell and
14 Mr. Signore?
15   A. Not -- throughout that season, not that I --
16 I recall.
17   Q. Did you ever attend any other meeting where
18 both Mr. Signore and Mr. Howell were present?
19   A. No, that I can remember.
20   Q. And other than at that meeting, and then the
21 next day, when you were working and Mr. Signore
22 began to tell you about his prior history with Mr.
23 Howell, did you ever hear Mr. Signore discuss Mr.
24 Howell at all?
25   A. No.