UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Todd Howell,
 *Plaintiff,*                                                                          Civil No. 3:22-cv-1160 (JCH)

v.

Yale University,
 *Defendant.*                                                                          March 24, 2025

## **JUDGMENT**

This matter came on for consideration on the defendant's Motion for Summary Judgment (Doc. No. 107) before the Honorable Janet C. Hall, United States District Judge. The Court has reviewed all the papers filed in conjunction with the motion and on March 20, 2025, entered a Ruling (Doc. No. 126) GRANTING the defendant's motion. Plaintiff N.E.S.A.I.M., LLC was previously terminated on December 12, 2023, following the Court's Ruling on Motion to Dismiss (Doc. No. 87).

It is therefore ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of the defendant and against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 24th day of March 2025.

DINAH MILTON KINNEY, Clerk

By: ____/s/_____

Liana Barry, Deputy Clerk

EOD: March 24, 2025